UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL ESCARCEGA,

Plaintiff,

v.

ONTRAC LOGISTICS, INC., et al.,

Defendants.

Case No.  25-cv-10827-RS

**ORDER OF REFERRAL FOR
RELATED CASE DETERMINATION**

Pursuant to Civil Local Rule 3-12(c), this action is hereby referred to the Honorable Rita F. Lin for a determination as to whether it is related within the meaning of the rule to any or all of Case Nos. 25-0022, 25-7002, and 25-8616. It appears the case may also be related to Case No. 25-10243, presently pending before The Honorable Vince Chhabria, but any referral to Judge Chhabria for such a determination will be held in abeyance pending Judge Lin's determination.

**IT IS SO ORDERED**.

Dated: January 20, 2026

RICHARD SEEBORG
Chief United States District Judge